Samuel K. Giles
*Pro Se* Plaintiff
WESTMINSTER, COLORADO 80030
(419) 699-5600

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 APR -6 PM 1:27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SAMUEL K. GILES, *Plaintiff*, v. ADAMS COUNTY HOUSING AUTHORITY, individually, and d.b.a., UNISON HOUSING PARTNERS, *Defendant*. | Complaint No. 18-cv-00667-RBJ  Notice of Voluntary Dismissal |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff, Samuel K. Giles, in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Colorado Rule of Civil Procedure 41(a)(1)(A), I voluntarily dismiss this entire case. Such dismissal shall be WITHOUT prejudice, with each side to bear its own costs and fees.

SAMUEL K. GILES

3160 W. 71st Avenue, Apt. 307
Westminster, Colorado 80030
(419) 699-5600
skgiles@gmail.com
*Pro Se* Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2018, I will cause the foregoing Notice of Voluntary Dismissal to be physically filed with the Clerk of Court which will then send a notification of such filing to the following:

Jason Robinson, Defendant's counselor　　　　　　　　via the CM/ECF system
Fairfield and Woods, P.C.
1801 California Street
Denver, CO 80202

　　　　　　　　　　　　　　　　　　　　　　　　　　　SAMUEL K. GILES