**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:18-cv-00677-RBJ-NYW**

SAMUEL K. GILES,

    Plaintiff,

v.

ADAMS COUNTY HOUSING AUTHORITY, individually,
and d/b/a UNISON HOUSING PARTNERS,

    Defendants.

---

## ENTRY OF APPEARANCE

---

TO THE CLERK AND ALL PARTIES OF RECORD:

Jason B. Robinson of Fairfield and Woods, P.C., certifies that he is a member in good standing of the bar of this Court and hereby enters his appearance as attorney for Defendant Adams County Housing Authority, individually, and d/b/a Unison Housing Partners, and requests that all notices, pleadings, and documents in connection with this matter be served upon him.

DATED this 6th day of April, 2018.   FAIRFIELD AND WOODS, P.C.

*s/ Jason B. Robinson*
Jason B. Robinson, #33716
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Fax: (303) 830-1033
Email: jrobinson@fwlaw.com

ATTORNEYS FOR DEFENDANT ADAMS
COUNTY HOUSING AUTHORITY D/B/A
UNISON HOUSING PARTNERS

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2018 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Samuel K. Giles
3160 W. 71st Ave., Apt. 307
Westminster, CO 80030
skgiles@icapitalconsulting.com
*Pro Se* Plaintiff

                                                       *s/ Jenny Tokuoka*
                                                       Jenny Tokuoka